
FILED
AUG 24 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CV 16-144-BLG-SPW |
| vs. | **JUDGMENT BY CONSENT** |
| CORY LEE PICKENS, | |
| Defendant. | |

Plaintiff, the United States of America, and Defendant, Cory Lee Pickens, having stipulated and consented to the making and entry of this Judgment (Doc. 16),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The United States has a claim upon which relief can be granted.

2. Judgment is entered in favor of the plaintiff, United States of America, and against the defendant, Cory Lee Pickens, in the amount of $79,201.47, plus interest from the date of judgment at the legal rate computed daily and compounded annually until paid in full.

1

3. The defendant shall submit financial data to the plaintiff on the anniversary date of this judgment, each year this judgment remains unpaid.

4. This judgment shall be recorded among the records of the District Court in the County of residence, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

IT IS FURTHER ORDERED that the motion to vacate the status conference is GRANTED. The status conference set for August 31, 2017 at 1:30 p.m. is **VACATED**.

DATED this 23rd day of August, 2017.

SUSAN P. WATTERS
United States District Judge